UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) 2:07-CR-0222 GEB
v. )
)
JESUS GONZALES-MEJIA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                          () Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | JESUS GONZALES-MEJIA |
| Detained at (custodian): | | **CSP SACRAMENTO** |

Detainee is:    a.)    (X) charged in this district by:  (X) Indictment  () Information  () Complaint
                              charging detainee with: Being a Deported Alien Found in the United States
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                      is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                          () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

_____
United States ~~District~~/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Benjamin Placencia Gonzalez, Jesus Gonzalez | Male X Female ___ |
| Booking or CDC #: | F49492 | DOB: |
| Facility Address: | 100 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 108673FB3 |
| Facility Phone: | 916-985-8610 | |
| Currently Incarcerated For: | | |

---

### RETURN OF SERVICE

Executed on _____        By: _____
                                                            (Signature)