UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:07-CR-0222 GEB |
| v. | ) | |
| | ) | |
| JESUS GONZALES-MEJIA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum          () Ad Testificandum

Name of Detainee:     JESUS GONZALES-MEJIA
Detained at (custodian):     **CSP SACRAMENTO**

Detainee is:
   a.) (**X**) charged in this district by: (**X**) Indictment   () Information   () Complaint
        charging detainee with: Being a Deported Alien Found in the United States
or    b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.) (**X**) return to the custody of detaining facility upon termination of proceedings
or    b.) () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **on October 5, 2007** *in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **October 5, 2007 at 9:00 a.m. before Honorable Garland E. Burrell, Jr., Courtroom 10, for Status Conference** to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: August 31, 2007.

_____
United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Benjamin Placencia Gonzalez, Jesus Gonzalez | Male __X__ Female ___ |
| Booking or CDC #: | F49492 | DOB: |
| Facility Address: | 100 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 108673FB3 |
| Facility Phone: | 916-985-8610 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on _____     By: _____
                                                                           (Signature)