| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:07-CR-0222 GEB |
| v. | ) | |
| | ) | |
| JESUS GONZALES-MEJIA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        **(X)** Ad Prosequendum          **()** Ad Testificandum

Name of Detainee:      JESUS GONZALES-MEJIA
Detained at (custodian):      **CSP SACRAMENTO**

Detainee is:    a.)    **(X)** charged in this district by: **(X)** Indictment **()** Information **()** Complaint
                      charging detainee with: Being a Deported Alien Found in the United States
   or    b.)    **()** a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    **(X)** return to the custody of detaining facility upon termination of proceedings
   or    b.)    **()** be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **on first court date and every day after until court is complete** in the Eastern District of California.

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **first court date and every day after until court is complete** to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/24/07

/s/ Gregory G. Hollows

GONZALES-MEJIA.ord          United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Benjamin Placencia Gonzalez, Jesus Gonzalez | Male  X   Female ___ |
| Booking or CDC #: | F49492 | DOB: |
| Facility Address: | 100 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 108673FB3 |
| Facility Phone: | 916-985-8610 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____      By: _____
                                                                                              (Signature)