```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GONZALES-MEJIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS GONZALES-MEJIA,<br><br>　　　　　Defendant.<br>_____ | ) No. CR-S-07-222 GEB<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **CONTINUING STATUS CONFERENCE**<br>) **AND EXCLUDING TIME**<br>)<br>)<br>) Date:  October 5, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

　　　It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jesus Gonzales-Mejia, though their respective attorneys, that the status conference scheduled for October 5, 2007, may be continued to November 2, 2007, at 9:00 a.m.

　　　Defense counsel is unavailable because of jury trial and additional time is needed to obtain and review a preplea presentence report. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 2, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   September 24, 2007         /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for JESUS GONZALES-MEJIA


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:   September 24, 2007         /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to November 2, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 2, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. and Order                          -2-