DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS GONZALES-MEJIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    v.                              )<br>                                    )<br>JESUS GONZALES-MEJIA,               )<br>                                    )<br>            Defendant.              )<br>_____)| No. CR-S-07-222 GEB<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 2, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Jesus Gonzales-Mejia, though their respective attorneys, that the status conference scheduled for November 2, 2007, may be continued to December 7, 2007, at 9:00 a.m.

Defense counsel needs additional time to review probation's preplea presentence report with Mr. Gonzales-Mejia and to continue negotiations with the government toward possible resolution of the case. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 7, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | Dated: October 30, 2007 | /s/ T. Zindel<br>TIMOTHY ZINDEL |
| 5 | | Assistant Federal Defender<br>Attorney for JESUS GONZALES-MEJIA |
| 7 | | MCGREGOR SCOTT<br>United States Attorney |
| 9 | Dated: October 30, 2007 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON |
| 10 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The status conference is continued to December 7, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 7, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: October 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. and Order                     -2-